Shanda A. GARNER, Respondent

v.

Robert L. BANKS, Jr., Petitioner

No. 131 MAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.